■ In the Matter of SARBRO REALTY CORPORATION et al., Petitioners, v JAMES J. McGOWAN, as Commissioner of New York State Department of Labor, Respondent. (Appeal No. 2.) [700 NYS2d 897] —Determination unanimously confirmed without costs and petition dismissed. Same Memorandum as in *Matter of Nelson's Lamp Lighters v New York State Dept. of Labor* (267 AD2d 937 [decided herewith]). (Original Proceeding Pursuant to CPLR art 78.) Present—Denman, P. J., Pine, Wisner, Pigott, Jr., and Callahan, JJ.